# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | No. 07-010-1 |
| | : | |
| RICHARD WILLIAMS | : | |
| | : | |

# **ORDER**

**AND NOW,** this 26th day of September, 2023, it is **ORDERED** that Richard Williams' Motion for Early Termination of Supervised Release is **GRANTED**.

                                                                                  s/ANITA B. BRODY, J._____
                                                                                 ANITA B. BRODY, J.